No. 99–209. PATRICK ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 6th Cir. Certiorari denied.

No. 99–221. MOTT *v.* ROBINSON. C. A. 6th Cir. Certiorari denied.

No. 99–222. PAGAN *v.* FLORIDA DEPARTMENT OF CHILDREN AND FAMILIES. C. A. 11th Cir. Certiorari denied.

No. 99–225. EELLS *v.* DIRNFELD & ZELNER ET AL. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 99–229. WOODS ET UX. *v.* KENAN, TRUSTEE. C. A. 10th Cir. Certiorari denied.

No. 99–230. TILLMAN *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 99–238. EIBLE *v.* HOUSTOUN, SECRETARY, DEPARTMENT OF PUBLIC WELFARE, ET AL. C. A. 3d Cir. Certiorari denied.

No. 99–240. MCQUIDDY *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 99–246. SHERWOOD *v.* PATEL, UNITED STATES DISTRICT JUDGE FOR THE NORTHERN DISTRICT OF CALIFORNIA. C. A. 9th Cir. Certiorari denied.

No. 99–250. GILES ET UX. *v.* TEXAS. Ct. App. Tex., 1st Dist. Certiorari denied.

No. 99–257. TENNER *v.* MISSISSIPPI. Ct. App. Miss. Certiorari denied.

No. 99–263. CUNEO *v.* CUNEO. Super. Ct. Pa. Certiorari denied.

No. 99–273. GRUPPO AGUSTA ET AL. *v.* PARAMOUNT AVIATION CORP. C. A. 3d Cir. Certiorari denied.

No. 99–275. ENGLISH *v.* UNITED STATES; and
No. 99–5788. MANLEY *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. Reported below: 175 F. 3d 1021.